Daniel A.D. GOSSAI, Appellant,

v.

Jon BRUNING, Attorney General for the State of Nebraska, in his official and individual capacity; Lynn Fritz, in his official and individual capacity; Department of Education, State of Nebraska; Doug Christiansen, Commissioner of Education, State of Nebraska, in his official and individual capacity; Leslie Levy, in his official and individual capacity; Does 1 through 20, Inclusive, in their official and individual capacities, Appellees.

No. 06–2321.

United States Court of Appeals, Eighth Circuit.

Submitted: June 7, 2007.

Filed: June 13, 2007.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

Daniel A.D. Gossai, Long Beach, CA, pro se.

Michele Marie Lewon, Attorney General's Office, Lincoln, NE, for Appellees.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Daniel Gossai appeals the district court's [1] adverse grant of summary judgment dismissing his 42 U.S.C. § 1983 action against the Nebraska Attorney General and other Nebraska officials. Upon careful de novo review, *see Robinette v. Jones,* 476 F.3d 585, 588–90 (8th Cir.2007), and for reasons stated by the district court, we affirm the dismissal with prejudice of Gossai's first through fifth claims, and the dismissal without prejudice of his sixth claim. We further hold that the district court did not abuse its discretion in partially denying Gossai's motion to amend the complaint. *See United States ex rel. Joshi v. St. Luke's Hosp., Inc.,* 441 F.3d 552, 555, 557–59 (8th Cir.) (denial of motion to amend complaint reviewed for abuse of discretion; affirming denial of motion to amend on basis of futility where proposed amendments would not have eliminated complaint's deficiencies), *cert. denied,* —— U.S. ——, 127 S.Ct. 189, 166 L.Ed.2d 142 (2006).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.